UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICKLOS N. NEMCOSKY,<br><br>Defendant. | Case No. 6:22-po-00571-HBK<br><br>ORDER APPOINTING COUNSEL<br><br>(Doc. No. 4) |

Before the Court is the Office of the Federal Public Defender's motion, brought on behalf of the Defendant, seeking appointment of Criminal Justice Act (CJA) panel counsel, due to conflict. (Doc. No. 4). Defendant, under oath, sworn or affirmed his financial inability to employ counsel or has otherwise satisfied the Court that he is financially unable to obtain counsel and requests counsel be appointed. (Doc. No. 3). Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 4 ) is GRANTED *nunc pro tunc* November 29, 2022. Carol Moses, CJA panel counsel, is appointed to represent the above defendant. This appointment shall remain into effect until further order.

Dated: ___December 5, 2022___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE